JOHN LADUTKO, Respondent, v. BARNEY ERSHOWSKY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.

ROBERT J. SHEA, Appellant, v. JOHN J. HUTTON, Respondent.— Determination of the Appellate Term reversed, with costs and disbursements in this court and in the Appellate Term, and the judgment of the Municipal Court reinstated and affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.

KARL THORSTENSEN, Respondent, v. JOSEPH J. FITZHENRY, Defendant, Impleaded with THE YELLOW TAXICAB Co., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.

GUARANTY TRUST COMPANY OF NEW YORK, Respondent, v. THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES J. DRYDEN, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.

DAVID KRAUS and Another, Respondents, v. ROYAL INDEMNITY COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.

RALPH BRESCIA, Respondent, v. KILAR CONSTRUCTION Co., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.

In the Matter of the Transfer Tax upon the Estate of THOMAS FRANKLYN MANVILLE, Deceased.— Order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM HERTZFIELD, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.

HENDRIK PIETER WERTHEIM, Individually and as Trustee, Respondent, v. ADDIE WOLFF KAHN and Another, Defendants, Impleaded with OTTO KAHN, Trustee, and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.

G. ALBERT ZIMMERMANN, Agent for SOPHIA ZIMMERMANN, Landlord, Respondent, v. PAUL J. BONWIT, Tenant, OUGHT HOLDING CORPORATION, Assignee of Tenant, Appellant, and WILLIAM REUTER, INC., and Others, Undertenants.— Determination affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ. [128 Misc. 887.]

IRVIN MORGENSTERN, Appellant, v. ALEXANDER J. DIAMAND and Another, Respondents.— Order affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.; Finch and O'Malley, JJ., dissent.